```
                                                    U.S. DISTRICT COURT
                                                    DISTRICT OF VERMONT
                                                           FILED
         UNITED STATES DISTRICT COURT
                  FOR THE                          2025 JUN 26 PM 3:49
            DISTRICT OF VERMONT
                                                          CLERK
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | BY ___AL___ |
| | ) | DEPUTY CLERK |
| v. | ) | NO. 2:25-Cr-62-1 |
| | ) | |
| ALEX DWAYNE BIGNALL, | ) | 18 U.S.C. § 933(a)(3) |
| Defendant. | ) | 18 U.S.C. § 922(a)(6) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about June 29, 2023, in the District of Vermont, the defendant, ALEX DWAYNE BIGNALL, attempted to receive from another person, in or otherwise affecting interstate or foreign commerce, a firearm, that is, a Taurus, model G3C, 9mm pistol, serial number ADM976008, knowing and having reasonable cause to believe that such receipt would constitute a felony.

(18 U.S.C. §§ 933(a)(2) & 933(a)(3))

## COUNT TWO

On or about June 29, 2023, in the District of Vermont, the defendant, ALEX DWAYNE BIGNALL, in connection with the attempted acquisition of a firearm, that is, a Taurus, model G3C, 9mm pistol, serial number ADM976008, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the Defendant under Chapter 44 of Title 18, in that the Defendant executed a Department of the Treasury, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that he was not an alien illegally and unlawfully in the United States, whereas in truth and in fact, he was an alien illegally and unlawfully in the United States.

(18 U.S.C. § 922(a)(6))

A TRUE BILL

FOREPERSON

MICHAEL P. DRESCHER (KHF)
Acting United States Attorney
Burlington, Vermont
June 26, 2025